**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 98-50058**
**Summary Calendar**
_____


**SYLVIA S. LOVE,**

**Plaintiff-Appellant,**

**versus**

**WALGREEN, CO.,**

**Defendant-Appellee.**

---

**Appeal from the United States District Court**
**for the Western District of Texas**
**(A-96-CV-830)**

---

**July 8, 1998**

Before SMITH, WIENER, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Sylvia Love appeals the summary judgment in favor of
Walgreen's on her claims of hostile environment discrimination
based upon disability, general disability discrimination, and
fraud. Love contends that the magistrate judge erred in holding
that she did not suffer any actionable disability discrimination;
that her disability discrimination claim is time-barred; and that

---

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

she did not rely on any misrepresentation of Walgreen's that would constitute fraud.

Needless to say, we review a grant of summary judgment *de novo*, applying the same standard as the district court. *See **Little v. Liquid Air Corp.***, 37 F.3d 1069, 1075 (5th Cir. 1994). Summary judgment is proper where there is no material fact issue and the movant is entitled to judgment as a matter of law. ***Id.; see*** FED. R. CIV. P. 56(c).

Having reviewed the record and the briefs of the parties, we **AFFIRM** for essentially the same reasons stated by the magistrate judge in his comprehensive and well-reasoned opinion. ***Love v. Walgreen Co.***, No. A-96-CA-830 ADA (W.D. Tex. Dec. 8, 1997).

*AFFIRMED*